UNITED STATES DISTRICT COURT
CHAMBERS OF
JUDGE CHARLES RONALD NORGLE
DIRKSEN FEDERAL BUILDING
CHICAGO, ILLINOIS 60604
(312) 435-5634

August 10, 2006

Hon Ortrie Smith, Chairman
Committee on Financial Disclosure
One Columbus Circle,N.E.
Washington, D.C. 20544

RECEIVED
2006 AUG 21 A 11:14
FINANCIAL DISCLOSURE OFFICE

Financial Disclosure 2005

Dear Judge Smith:

In regard to your letter of July 26, 2006, I am writing to clarify that the value of certain stocks were as follows:

| | | | | |
|---|---|---|---|---|
| GM | "J" | 15,000 or less | "T" | cash/market |
| BNG | J | 15.000 or less | "T" | cash/market |
| CTGLF | K | 15,000 -50,000 | "T" | cash/market |

Dividends were as follows:

| | | |
|---|---|---|
| MOT | A | less than $1,000 |
| QQQQ | A | less than $1,000 |
| X | A | less than $1,000 |
| GM | A | less than $1,000 |

In reality, the total dividends I received in 2005 was $163.38.

The enclosed forms should reflect this summary. Please let me know if you require further information and I will respond. Thank you for the work you and the other members of the committee do on behalf of the judiciary.



**JUDICIAL CONFERENCE OF THE UNITED STATES**
**COMMITTEE ON FINANCIAL DISCLOSURE**

RECEIVED
2006 AUG 21 A
FINANCIAL DISCLOSURE

Judge Ortrie D. Smith, Chair

Judge Bobby R. Baldock
Judge Stanley F. Birch, Jr.
Judge John W. Darrah
Judge Eldon E. Fallon
Judge Jeremy D. Fogel
Judge Joseph M. Hood
Judge Gary R. Jones
Judge Yvette Kane
Judge Joseph H. McKinley, Jr.
Judge Norman K. Moon
Judge Donald C. Pogue
Judge Linda R. Reade
Judge Robert D. Sack
Judge William E. Smith
Judge William T. Thurman

One Columbus Circle, N.E.
Washington, D.C. 20544
Telephone: (202) 502-1850
Facsimile: (202) 502-1899

July 26, 2006 8-1-06

Honorable Charles R. Norgle, Sr.
United States District Court
2346 Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

GM J=$15,000 OR LESS T Cash/Mkt
BNG J=15,000 OR LESS T Cash/Mkt
CTGLF K=$15,000-50,000 T Cash/Mkt

Re: Calendar Year 2005 Filing

Dear Judge Norgle:

Thank you for your report dated May 15, 2[redacted], which you forwarded in response to the statutory requirement to file an annual financial disclosure report under the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111). The Committee appreciates the time and effort required to comply with this requirement. However, we are unable to close your 2005 report because additional information required by section 102 of the Act is still needed.

Based on the various entries in Part VII, Column D for purchases and sales, the Committee assumes that the only three assets which were not disposed of in their entirety are "GM," "BNG," and "DFCT," since there are buys listed for these assets and no sales. As a result, the Committee requires information regarding the gross value of these assets at the end of the reporting period. Please provide the value (J-P4) and value method (Q-W) codes in Columns C(1) and C(2) for these three assets.

In Part VII, page 1, lines 4-17 and on each subsequent page, all lines, for various assets, the income amount code and the income type should be provided in Column B once for each unique asset. The Committee's immediate assumption is that no income was derived from these assets. If this assumption is incorrect, please clarify this matter for the Committee. It should be noted that all income is reportable, whether taxable, tax deferred, or tax exempt. If no income was received, Column B(1) under "Amount" should be left blank and the word "NONE" should appear in Column B(2) under "Type." You may want to refer to pages 45-47 of the filing instructions.

In addition, for future reporting, please refer to page 53 of the instructions for an example of the appropriate method for listing assets with multiple transactions. It will be much easier for the Committee to assess the accuracy of your report if Part VII is filled in correctly.

In responding to this letter, please note the security issues discussed in the front of the filing instructions. You may respond by letter providing the required information or by submitting an amended report, whichever is more convenient. Your response to this letter is considered an amendment to your 2005 report and is releasable to members of the public.

Please provide our Committee with three copies of your response within thirty days. If you should have any questions about this letter, please telephone the office of the Committee on Financial Disclosure at (202) 502-1850. Thank you for your cooperation.

Sincerely,



Ortrie D. Smith
Chair

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure: (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | JDSU | | None | | | BUY | 2/2 | J | | |
| 2 | ADC | | None | | | " | 2/3 | J | | |
| 3 | EBAY | | None | | | " | 2/4 | J | | |
| 4 | EBAY | | None | | | " | 2/4 | J | | |
| 5 | G T&RUBBER | | None | | | " | 2/8 | J | | |
| 6 | MOT | A | DIV | | | " | 2/9 | K | | |
| 7 | MOT | A | DIV | | | " | 2/9 | K | | |
| 8 | JDSU | | NONE | | | " | 2/10 | J | | |
| 9 | MOT | A | DIV | | | " | 2/16 | K | | |
| 10 | JDSU | | None | | | " | 2/16 | J | | |
| 11 | JDSU | | None | | | " | 2/17 | J | | |
| 12 | NT | | None | | | " | 2/22 | J | | |
| 13 | CTGF | | None | | | " | 2/23 | J | | |
| 14 | NT | | None | | | " | 2/24 | J | | |
| 15 | NT | | None | | | " | 2/25 | J | | |
| 16 | NT | | None | | | " | 2/28 | J | | |
| 17 | DYN | | None | | | " | 3/2 | J | | |

RECEIVED
2006 AUG 21 A 11:15
FINANCIAL DISCLOSURE OFFICE

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-16-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) | Type (e.g. div, rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 EBAY | | None | | | BUY | 3/3/05 | J | | |
| 2 JDSU | | | | | " | 3/4 | J | | |
| 3 CTGF | | | | | " | 3/7 | J | | |
| 4 LU | | | | | " | 3/8 | J | | |
| 5 EBAY | | None | | | " | 3/8 | J | | |
| 6 CTGF | | | | | " | 3/8 | J | | |
| 7 EBAY | | | | | " | 3/8 | J | | |
| 8 " | | | | | " | 3/9 | J | | |
| 9 " | | None | | | " | 3/14 | J | | |
| 10 " | | | | | " | 3/14 | J | | |
| 11 JDSU | | | | | " | 3/15 | J | | |
| 12 EBAY | | | | | " | 3/18 | J | | |
| 13 MOT | A | DIV | | | " | 3/18 | J | | |
| 14 CTGF | | | | | " | 3/22 | J | | |
| 15 JDSU | | None | | | " | 3/23 | J | | |
| 16 JDSU | | | | | " | 3/24 | J | | |
| 17 CTGF | | | | | " | 3/29 | J | | |

RECEIVED
2006 AUG 21 A 11:15
FINANCIAL DISCLOSURE CENTER

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) | Type (e.g., div, rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | CTGF | | None | | | BUY | 3/29/05 | J | | |
| 2 | JDSU | | | | | " | 3/30 | J | | |
| 3 | " | | | | | " | 4/1 | J | | |
| 4 | " | | | | | " | 4/1 | J | | |
| 5 | " | | | | | " | 4/4 | J | | |
| 6 | " | | | | | " | 4/4 | J | | |
| 7 | " | | | | | " | 4/5 | J | | |
| 8 | " | | | | | " | 4/5 | J | | |
| 9 | " | | | | | " | 4/5 | J | | |
| 10 | " | | | | | " | 4/6 | J | | |
| 11 | EBAY | | | | | " | 4/8 | J | | |
| 12 | " | | | | | " | 4/8 | J | | |
| 13 | " | | | | | " | 4/11 | J | | |
| 14 | " | | | | | " | 4/11 | J | | |
| 15 | " | | | | | " | 4/11 | J | | |
| 16 | " | | | | | " | 4/12 | J | | |
| 17 | " | | | | | " | 4/12 | J | | |

RECEIVED 2006 AUG 21 A 11:15 FINANCIAL DISCLOSURE OFFICE

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 CTGF | | None | | | " | 4/14 | J | | |
| 2 LU | | None | | | " | 4/15 | J | | |
| 3 " | | None | | | " | 4-15 | J | | |
| 4 " | | None | | | " | 4/18 | J | | |
| 5 " | | None | | | " | 4/18 | J | | |
| 6 " | | None | | | " | 4/18 | J | | |
| 7 EBAY | | None | | | " | 4-19 | J | | |
| 8 EBAY | | None | | | " | 4/19 | J | | |
| 9 NT | | None | | | " | 4-19 | J | | |
| 10 EBAY | | None | | | " | 4-21 | J | | |
| 11 " | | None | | | " | 4-21 | J | | |
| 12 " | | None | | | " | 4-22 | J | | |
| 13 " | | None | | | " | 4-22 | J | | |
| 14 CTGF | | None | | | " | 4-22 | J | | |
| 15 EBAY | | None | | | " | 4/22 | J | | |
| 16 " | | None | | | " | 4/25 | J | | |
| 17 DYN | | None | | | " | 4/25 | J | | |

RECEIVED 2006 AUG 21 A 11:15 FINANCIAL DISCLOSURE OFFICE

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g., div., rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | STM | | | | | " | 4/25 | J | | |
| 2 | EMS | | | | | " | 4/26 | J | | |
| 3 | SIRI | | | | | " | 4/26 | J | | |
| 4 | EBAY | | | | | " | 4/26 | J | | |
| 5 | SIRI | | | | | " | 4-27 | J | | |
| 6 | JDSU | | | | | " | 4-28 | J | | |
| 7 | GE | | | | | " | 5-4 | J | | |
| 8 | GE | | | | | " | 5-5 | J | | |
| 9 | EMSR | | | | | " | 5-5 | J | | |
| 10 | ROAD | | | | | " | 5-6 | J | | |
| 11 | " | | | | | " | 5-6 | J | | |
| 12 | " | | | | | " | 5-9 | J | | |
| 13 | EMSR | | | | | " | 5-9 | J | | |
| 14 | XANS | | | | | " | 5-9 | J | | |
| 15 | " | | | | | " | 5-10 | J | | |
| 16 | " | | | | | " | 5-10 | J | | |
| 17 | EBAY | | | | | " | 5-10 | J | | |

RECEIVED
2006 AUG 21 A 11:15
FINANCIAL DISCLOSURE OFFICE

1 Income/Gain Codes: (See Col. B1, D4) A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2 Value Codes: (See Col. C1, D3) J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3 Value Method Codes: (See Col. C2) Q = Appraisal; R = Cost (real estate only); S = Assessment; T = Cash/Market; U = Book value; V = Other; W = Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-16-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure: (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | None None None None None None None None | | | BUY | | | | |
| 1 | CTGF | | | | | " | 5/10 | J | | |
| 2 | X | | | | | " | 5-12 | J | | |
| 3 | X | | | | | " | 5-12 | J | | |
| 4 | X | | | | | " | 5-13 | J | | |
| 5 | X | | | | | " | 5-13 | J | | |
| 6 | X | | | | | " | 5-13 | J | | |
| 7 | CTGF | | | | | " | 5-16 | J | | |
| 8 | XANS | | | | | " | 5-16 | J | | |
| 9 | CTGF | | | | | " | 5-17 | J | | |
| 10 | CTGF | | | | | " | 5-17 | J | | |
| 11 | EMSR | | | | | " | 5-18 | J | | |
| 12 | CTGF | | | | | " | 5-18 | J | | |
| 13 | " | | | | | " | 5-24 | J | | |
| 14 | " | | | | | " | 5/26 | J | | |
| 15 | " | | | | | " | 6-1 | J | | |
| 16 | EMSR | | | | | " | 6-2 | J | | |
| 17 | | | | | | | | | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-16-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g., div., rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 EMSR | | | | | " | 6/2 | J | | |
| 2 CTGF | | | | | " | 6/2 | J | | |
| 3 CTGF | | | | | " | 6/2 | J | | |
| 4 QQQQ | A | DIV | | | " | 6/3 | J | | |
| 5 GTGF | | | | | " | 6/6 | J | | |
| 6 LW | | | | | " | 6-6 | J | | |
| 7 EMSR | | | | | " | 6-8 | J | | |
| 8 X | | | | | " | 6/9 | J | | |
| 9 NT | | | | | " | 6-10 | J | | |
| 10 TELW | | | | | " | 6-13 | J | | |
| 11 JDS | | | | | " | 6-13 | J | | |
| 12 IMAGE | | | | | " | 6-17 | J | | |
| 13 " | | | | | " | 6/17 | J | | |
| 14 EBAY | | | | | " | 6-20 | J | | |
| 15 CTGF | | | | | " | 6-20 | J | | |
| 16 IMAGE | | | | | " | 6-21 | J | | |
| 17 EMSR | | | | | " | 6/22 | J | | |

1. Income/Gain Codes: (See Col. B1, D4) A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: (See Col. C1, D3) J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: (See Col. C2) Q =Appraisal; R =Cost (real estate only); S =Assessment; T =Cash/Market; U =Book Value; V =Other; W =Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | EBAY | | | | | " | 6/23 | J | | |
| 2 | " | | | | | " | 6/23 | J | | |
| 3 | " | | | | | " | 6-24 | J | | |
| 4 | GTGF | | | | | " | 6-24 | J | | |
| 5 | CIEN | | | | | " | 6-24 | J | | |
| 6 | JDSU | | | | | " | 6-27 | J | | |
| 7 | EBAY | | | | | " | 6-27 | J | | |
| 8 | NT | | | | | " | 6/29 | J | | |
| 9 | EBAY | | | | | " | 6/29 | J | | |
| 10 | LGF | | | | | " | 6/30 | J | | |
| 11 | LGF | | | | | " | 6/30 | J | | |
| 12 | BFLY | | | | | " | 6/30 | J | | |
| 13 | " | | | | | " | 6/30 | J | | |
| 14 | NT | | | | | " | 6-30 | J | | |
| 15 | LGF | | | | | " | 6-30 | J | | |
| 16 | LW | | | | | " | 6-30 | J | | |
| 17 | LGF | | | | | " | 7-1 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 JDSU | | None | | | " | 7-1 | J | | |
| 2 GTGF | | | | | " | 7-1 | J | | |
| 3 LGF | | | | | " | 7-12 | J | | |
| 4 " | | | | | " | 7-12 | J | | |
| 5 " | | | | | " | 7-13 | J | | |
| 6 " | | | | | " | 7-13 | J | | |
| 7 ABT | | | | | " | 7-13 | J | | |
| 8 LGF | | | | | " | 7-13 | J | | |
| 9 ABT | | | | | " | 7-14 | J | | |
| 10 BLFY | | | | | " | 7-14 | J | | |
| 11 ABT | | | | | " | 7-14 | J | | |
| 12 ABT | | | | | " | 7-14 | J | | |
| 13 BLFY | | | | | " | 7-18 | J | | |
| 14 LGF | | | | | " | 7-18 | J | | |
| 15 ABT | | | | | " | 7-19 | J | | |
| 16 GTGF | | | | | " | 7-19 | J | | |
| 17 BLFY | | | | | " | 7-21 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) | Type (e.g. div, rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | LW | | None None None | | | " | 7/21 | J | | |
| 2 | CTGF | | | | | " | 7-21 | J | | |
| 3 | ABT | | | | | " | 7-21 | J | | |
| 4 | DALR | | | | | " | 7-22 | J | | |
| 5 | " | | | | | " | 7/27 | J | | |
| 6 | " | | | | | " | 7-27 | J | | |
| 7 | LW | | | | | " | 7-29 | J | | |
| 8 | JDSU | | | | | " | 7-29 | J | | |
| 9 | GTGF | | | | | " | 8-1 | J | | |
| 10 | DALR | | | | | " | 8-1 | J | | |
| 11 | LGF | | | | | " | 8-2 | J | | |
| 12 | DALR | | None | | | " | 8-2 | J | | |
| 13 | " | | | | | " | 8-3 | J | | |
| 14 | " | | | | | " | 8-9 | J | | |
| 15 | " | | | | | " | 8-11 | J | | |
| 16 | " | | | | | " | 8-22 | J | | |
| 17 | " | | | | | " | 8-29 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) | Type (e.g., div., rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ | **NONE** (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | DALR | | None None None | | | " | 9/1 | J | | |
| 2 | " | | | | | " | 9/2 | J | | |
| 3 | CTGF | | | | | " | 9-27 | J | | |
| 4 | DALR | | | | | " | 9-29 | J | | |
| 5 | DALR | | | | | " | 10-14 | J | | |
| 6 | GTGF | | | | | " | 10-18 | J | | |
| 7 | " | | | | | " | 10-18 | J | | |
| 8 | " | | | | | " | 10-19 | J | | |
| 9 | " | | | | | " | 10-19 | J | | |
| 10 | EBAY | | | | | " | 11-25 | J | | |
| 11 | GTGF | | | | | " | 10-31 | J | | |
| 12 | DELL | | | | | " | 11-1 | J | | |
| 13 | DELL | | | | | " | 11-1 | J | | |
| 14 | CTGF | | | | | " | 11-8 | J | | |
| 15 | GM | A | DIV | | | " | 11-22 | J | | |
| 16 | BNG | | NONE | | | " | 12-20 | J | | |
| 17 | GM | A | DIV | | | " | 12-21-05 | J | | |

[illegible]

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div., rent, or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 | ADCT | | | | | " | 1/5/05 | J | | |
| 2 | ADCT | | | | | " | 1-18 | J | | |
| 3 | ADCT | | | | | " | 1-21 | J | | |
| 4 | EBAY | | | | | " | 1-21 | J | | |
| 5 | EBAY | | | | | " | 1-21 | K | | |
| 6 | ADCT | | | | | " | 1-24 | K | | |
| 7 | ADCT | | | | | " | 1-25 | J | | |
| 8 | ADCT | | | | | " | 1-25 | J | | |
| 9 | MOT | A | DIV | | | " | 2-2 | K | | |
| 10 | ADCT | | | | | " | 2-4 | J | | |
| 11 | CORN | | | | | " | 2-4 | J | | |
| 12 | CTGF | | | | | " | 2-9 | J | | |
| 13 | MOT | A | DIV | | | " | 2-14 | K | | |
| 14 | JDSU | | | | | " | 2-15 | J | | |
| 15 | GOOD TIRE | | | | | " | 2-15 | J | | |
| 16 | JDSU | | | | | " | 2-22 | J | | |
| 17 | NT | | | | | " | 2-23 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | | | | | | | | |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 NT | | None | | | " | 2/24 | J | | |
| 2 NT | | None | | | " | 3-1 | J | | |
| 3 DYN | | None | | | " | 3-4 | J | | |
| 4 JDSU | | None | | | " | 3-7 | J | | |
| 5 ″ | | None | | | " | 3-7 | J | | |
| 6 MOT | A | DIV | | | " | 3-14 | J | | |
| 7 ″ | A | DIV | | | " | 3-14 | J | | |
| 8 ″ | A | DIV | | | " | 3-14 | J | | |
| 9 EBAY | | None | | | " | 3-17 | J | | |
| 10 LW | | None | | | " | 3-17 | J | | |
| 11 LW | | None | | | " | 3-17 | J | | |
| 12 EBAY | | None | | | " | 3-21 | J | | |
| 13 EBAY | | None | | | " | 3-22 | J | | |
| 14 LW | | None | | | " | 3-24 | J | | |
| 15 EBAY | | None | | | " | 3-28 | J | | |
| 16 LW | | None | | | " | 3-29 | J | | |
| 17 EBAY | | None | | | " | 3-30 | K | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g., div, rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 EBAY | | None | | | " | 3/30 | K | | |
| 2 MOT | A | DIV | | | " | 4-8 | K | | |
| 3 JDSU | | | | | " | 4-8 | J | | |
| 4 " | | | | | " | 4-12 | J | | |
| 5 " | | | | | " | 4-12 | J | | |
| 6 BKHM | | | | | " | 4-18 | J | | |
| 7 JDSU | | | | | " | 4-18 | J | | |
| 8 " | | | | | " | 4-18 | J | | |
| 9 " | | | | | " | 4-18 | J | | |
| 10 LU | | | | | " | 4-19 | K | | |
| 11 NT | | | | | " | 4-20 | J | | |
| 12 EBAY | | | | | " | 4-20 | J | | |
| 13 DYN | | | | | " | 4-25 | J | | |
| 14 STM | | | | | " | 4-26 | J | | |
| 15 SIRI | | | | | " | 4-28 | J | | |
| 16 CTGF | | | | | " | 5-2 | J | | |
| 17 " | | | | | " | 5-3 | J | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code1 (A-H) | B. (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | None None None None None | | | SELL | | | | |
| 1 | GTGF | | | | | " | 5/3 | J | | |
| 2 | SIRI | | | | | " | 5-3 | J | | |
| 3 | EBAY | | | | | " | 5-4 | J | | |
| 4 | " | | | | | " | 5-4 | J | | |
| 5 | ROAD | | | | | " | 5-6 | J | | |
| 6 | EBAY | | | | | " | 5-12 | J | | |
| 7 | " | | | | | " | 5-13 | J | | |
| 8 | " | | | | | " | 5-13 | J | | |
| 9 | JDSW | | | | | " | 5-13 | J | | |
| 10 | ROAD | | | | | " | 5-16 | J | | |
| 11 | X | | | | | " | 5-17 | K | | |
| 12 | GE | | | | | " | 5-17 | K | | |
| 13 | EBAY | | | | | " | 5-18 | K | | |
| 14 | XANS | | | | | " | 6-1 | J | | |
| 15 | LW | | | | | " | 6-7 | J | | |
| 16 | X | | | | | " | 6-10 | J | | |
| 17 | NT | | | | | " | 6-13 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ | NONE (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 | TELW | | None | | | " | 6-13 | J | | |
| 2 | TELW | | | | | " | 6-13 | J | | |
| 3 | JDSW | | | | | " | 6-17 | J | | |
| 4 | QQQQ | | | | | " | 6-20 | K | | |
| 5 | EBAY | | | | | " | 6-20 | K | | |
| 6 | IMAG | | | | | " | 6-23 | J | | |
| 7 | IMAG | | | | | " | 6-23 | J | | |
| 8 | EMGR | | | | | " | 6-24 | J | | |
| 9 | " | | | | | " | 6-24 | J | | |
| 10 | " | | | | | " | 6-24 | J | | |
| 11 | CIEN | | | | | " | 6-24 | J | | |
| 12 | IMAG | | | | | " | 6-29 | J | | |
| 13 | IMAG | | | | | " | 6-29 | J | | |
| 14 | EMGR | | | | | " | 6-30 | J | | |
| 15 | JDSU | | | | | " | 7-7 | J | | |
| 16 | EBAY | | | | | " | 7-11 | K | | |
| 17 | JDSW | | | | | " | 7-12 | J | | |

1 Income/Gain Codes: (See Col. B1, D4) A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2 Value Codes: (See Col. C1, D3) J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3 Value Method Codes: (See Col. C2) Q = Appraisal; R = Cost (real estate only); S = Assessment; T = Cash/Market; U = Book Value; V = Other; W = Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 LW | | None | | | " | 7/12 | J | | |
| 2 NT | | | | | " | 7-12 | J | | |
| 3 LW | | | | | " | 7-27 | J | | |
| 4 LW | | | | | " | 7-27 | J | | |
| 5 ABT | | | | | " | 7-28 | K | | |
| 6 LGF | | | | | " | 8-1 | K | | |
| 7 LGF | | | | | " | 8-1 | J | | |
| 8 JDSU | | | | | " | 8-2 | J | | |
| 9 BFLY | | | | | " | 8-2 | J | | |
| 10 " | | | | | " | 8-2 | J | | |
| 11 " | | | | | " | 8-3 | J | | |
| 12 " | | | | | " | 8-3 | J | | |
| 13 LW | | | | | " | 8-3 | J | | |
| 14 " | | | | | " | 8-3 | J | | |
| 15 " | | | | | " | 8-9 | J | | |
| 16 LGF | | | | | | 8-11 | J | | |
| 17 LGF | | | | | | 8-11 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g., div., rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1. LGF | | None | | | SELL | 8/11 | J | | |
| 2. ~~[illegible]~~ LGF | | | | | " | 8-11 | J | | |
| 3. LGF | | | | | " | 8-11 | J | | |
| 4. LGF | | | | | " | 8-22 | J | | |
| 5. LGF | | | | | " | 8-22 | J | | |
| 6. LGF | | | | | " | 8-22 | J | | |
| 7. DALR | | | | | " | 10-17 | J | | |
| 8. DALR | | | | | " | 10-17 | J | | |
| 9. EBAY | | | | | " | 10-31 | J | | |
| 10. DELL | | | | | " | 11-22 | J | | |
| 11. CTGF | | | | | | 12-19 | J | | |
| 12. CTGF | | | | | | 12-19-05 | J | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)* CHARLES R NORGLE, SR. | **2. Court or Organization** US DIST COURT N.D.IL | **3. Date of Report** 5-15-06 |
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* US DISTRICT JUDGE | **5a. Report Type (check appropriate type)** ___ Nomination, Date ___ ___ Initial X Annual ___ Final **5b.** ___ Amended Report | **6. Reporting Period** 1/1/05 12/31/05 |
| **7. Chambers or Office Address** 219 S DEARBORN CHICAGO IL 60604 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer ___ Date ___ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ☐ | NONE (No reportable positions.) | |
| 1 | ADJUNCT FACULTY | NORTHWESTERN UNIVERSITY, LAW SCHOOL CHICAGO, IL |
| 2 | ADJUNCT FACULTY | THE JOHN MARSHALL LAW SCHOOL CHICAGO IL |
| 3 | | |

RECEIVED
2006 MAY 17 A 10:50
FINANCIAL DISCLOSURE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☒ | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| ☐ | | NONE (No reportable non-investment income.) | |
| 1 | | Northwestern University, School of Law | $ 2,000 |
| 2 | | The John Marshall Law School | $ 18,500 |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| ☐ | | NONE (No reportable non-investment income.) | |
| 1 | | ELMHURST COLLEGE Part time spouse | NA |
| 2 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES R NORGLE | 5/15/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| XX | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| XX | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | **NONE** (No reportable liabilities.) | | |
| 1 | U.S. Depart. Education | College Loans for Children | "J" |
| 2 | I.D.D.A. | College Loans for Children | "J" |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-50,000,000 P4=$50,000,001 or more

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | MOTOROLA DIV | A | DIV | | | — | — | — | | |
| 2 | QQQQ DIV | A | DIV | | | — | — | — | | |
| 3 | X DIV | A | DIV | | | — | — | — | | |
| 4 | ADCT | | | | | BUY | 1/4/05 | J | | |
| 5 | " | | | | | " | " | J | | |
| 6 | " | | | | | " | 1/14 | J | | |
| 7 | MOT | | | | | " | 1/19 | J | | |
| 8 | MOT | | | | | " | 1/19 | J | | |
| 9 | MOT | | | | | " | 1/20 | J | | |
| 10 | EBAY | | | | | " | 1/20 | K | | |
| 11 | MOT | | | | | " | 1/20 | J | | |
| 12 | DFCT | | | | | " | 1/24 | J | | |
| 13 | EBAY | | | | | " | 1/24 | K | | |
| 14 | MOT | | | | | " | 1/25 | J | | |
| 15 | CORN | | | | | " | 1/27 | J | | |
| 16 | EBAY | | | | | " | 1/28 | J | | |
| 17 | EBAY | | | | | " | 2/1 | J | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: CHARLES NORGLE | Date of Report: 5-15-06 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div, rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | JDSU | | | | | BUY | 2/2 | J | | |
| 2 | ADC | | | | | " | 2/3 | J | | |
| 3 | EBAY | | | | | " | 2/4 | J | | |
| 4 | EBAY | | | | | " | 2/4 | J | | |
| 5 | G T&RUBBER | | | | | " | 2/8 | J | | |
| 6 | MOT | | | | | " | 2/9 | K | | |
| 7 | MOT | | | | | " | 2/9 | K | | |
| 8 | JDSU | | | | | " | 2/10 | J | | |
| 9 | MOT | | | | | " | 2/16 | K | | |
| 10 | JDSU | | | | | " | 2/16 | J | | |
| 11 | JDSU | | | | | " | 2/17 | J | | |
| 12 | NT | | | | | " | 2/22 | J | | |
| 13 | CTGF | | | | | " | 2/23 | J | | |
| 14 | NT | | | | | " | 2/24 | J | | |
| 15 | NT | | | | | " | 2/25 | J | | |
| 16 | NT | | | | | " | 2/28 | J | | |
| 17 | DYN | | | | | " | 3/2 | J | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal R=Cost (Real Estate Only) S=Assessment T=Cash/Market (See Col. C2) U=Book Value V=Other W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-16-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | EBAY | | | | | BUY | 3/3/05 | J | | |
| 2 | JDSU | | | | | " | 3/4 | J | | |
| 3 | CTGF | | | | | " | 3/7 | J | | |
| 4 | LU | | | | | " | 3/8 | J | | |
| 5 | EBAY | | | | | " | 3/8 | J | | |
| 6 | CTGF | | | | | " | 3/8 | J | | |
| 7 | EBAY | | | | | " | 3/8 | J | | |
| 8 | " | | | | | " | 3/9 | J | | |
| 9 | " | | | | | " | 3/14 | J | | |
| 10 | " | | | | | " | 3/14 | J | | |
| 11 | JDSU | | | | | " | 3/15 | J | | |
| 12 | EBAY | | | | | " | 3/18 | J | | |
| 13 | MOT | | | | | " | 3/18 | J | | |
| 14 | CTGF | | | | | " | 3/22 | J | | |
| 15 | JDSU | | | | | " | 3/23 | J | | |
| 16 | JDSU | | | | | " | 3/24 | J | | |
| 17 | CTGF | | | | | " | 3/29 | J | | |

1. Income Gain Codes: (See Col. B1, D4) A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: (See Col. C1, D3) J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | *Place "(X)" after each asset exempt from prior disclosure* | Amount Code1 (A-H) | Type (e.g., div, rent, or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | CTGF | | | | | BUY | 3/29/05 | J | | |
| 2 | JDSU | | | | | " | 3/30 | J | | |
| 3 | " | | | | | " | 4/1 | J | | |
| 4 | " | | | | | " | 4/1 | J | | |
| 5 | " | | | | | " | 4/4 | J | | |
| 6 | " | | | | | " | 4/4 | J | | |
| 7 | " | | | | | " | 4/5 | J | | |
| 8 | " | | | | | " | 4/5 | J | | |
| 9 | " | | | | | " | 4/5 | J | | |
| 10 | " | | | | | " | 4/6 | J | | |
| 11 | EBAY | | | | | " | 4/8 | J | | |
| 12 | " | | | | | " | 4/8 | J | | |
| 13 | " | | | | | " | 4/11 | J | | |
| 14 | " | | | | | " | 4/11 | J | | |
| 15 | " | | | | | " | 4/11 | J | | |
| 16 | " | | | | | " | 4/12 | J | | |
| 17 | " | | | | | " | 4/12 | J | | |

[illegible]

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div., rent, or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | CTGF | | | | | " | 4/14 | J | | |
| 2 | LU | | | | | " | 4/15 | J | | |
| 3 | " | | | | | " | 4-15 | J | | |
| 4 | " | | | | | " | 4/18 | J | | |
| 5 | " | | | | | " | 4/18 | J | | |
| 6 | " | | | | | " | 4/18 | J | | |
| 7 | EBAY | | | | | " | 4-19 | J | | |
| 8 | EBAY | | | | | " | 4/19 | J | | |
| 9 | NT | | | | | " | 4-19 | J | | |
| 10 | EBAY | | | | | " | 4-21 | J | | |
| 11 | " | | | | | " | 4-21 | J | | |
| 12 | " | | | | | " | 4-22 | J | | |
| 13 | " | | | | | " | 4-22 | J | | |
| 14 | CTGF | | | | | " | 4-22 | J | | |
| 15 | EBAY | | | | | " | 4/22 | J | | |
| 16 | " | | | | | " | 4/25 | J | | |
| 17 | DYN | | | | | " | 4/25 | J | | |

1. Income Gain Codes: (See Col. B1, D4) A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000 F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: (See Col. C1, D3) J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000 N = $250,001-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000 P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
3. Value Method Codes: (See Col. C2) Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market U = Book Value V = Other W = Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | STM | | | | | " | 4/25 | J | | |
| 2 | EMS | | | | | " | 4/26 | J | | |
| 3 | SIRI | | | | | " | 4/26 | J | | |
| 4 | EBAY | | | | | " | 4/26 | J | | |
| 5 | SIRI | | | | | " | 4-27 | J | | |
| 6 | JDSU | | | | | " | 4-28 | J | | |
| 7 | GE | | | | | " | 5-4 | J | | |
| 8 | GE | | | | | " | 5-5 | J | | |
| 9 | EMSR | | | | | " | 5-5 | J | | |
| 10 | ROAD | | | | | " | 5-6 | J | | |
| 11 | " | | | | | " | 5-6 | J | | |
| 12 | " | | | | | " | 5-9 | J | | |
| 13 | EMSR | | | | | " | 5-9 | J | | |
| 14 | XANS | | | | | " | 5-9 | J | | |
| 15 | " | | | | | " | 5-10 | J | | |
| 16 | " | | | | | " | 5-10 | J | | |
| 17 | EBAY | | | | | " | 5-10 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-16-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) | Type (e.g., div., rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 CTGF | | | | | " | 5/10 | J | | |
| 2 X | | | | | " | 5-12 | J | | |
| 3 X | | | | | " | 5-12 | J | | |
| 4 X | | | | | " | 5-13 | J | | |
| 5 X | | | | | " | 5-13 | J | | |
| 6 X | | | | | " | 5-13 | J | | |
| 7 CTGF | | | | | " | 5-16 | J | | |
| 8 XANS | | | | | " | 5-16 | J | | |
| 9 GTGF | | | | | " | 5-17 | J | | |
| 10 GTGF | | | | | " | 5-17 | J | | |
| 11 EMSR | | | | | " | 5-18 | J | | |
| 12 CTGF | | | | | " | 5-18 | J | | |
| 13 " | | | | | " | 5-24 | J | | |
| 14 " | | | | | " | 5/26 | J | | |
| 15 " | | | | | " | 6-1 | J | | |
| 16 EMSR | | | | | " | 6-2 | J | | |
| 17 | | | | | | | | | |

[illegible]

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-16-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | EMSR | | | | | " | 6/2 | J | | |
| 2 | CTGF | | | | | " | 6/2 | J | | |
| 3 | CTGF | | | | | " | 6/2 | J | | |
| 4 | QQQQ | | | | | " | 6/3 | J | | |
| 5 | GTGF | | | | | " | 6/6 | J | | |
| 6 | LW | | | | | " | 6-6 | J | | |
| 7 | EMSR | | | | | " | 6-8 | J | | |
| 8 | X | | | | | " | 6/9 | J | | |
| 9 | NT | | | | | " | 6-10 | J | | |
| 10 | TELW | | | | | " | 6-13 | J | | |
| 11 | JDS | | | | | " | 6-13 | J | | |
| 12 | IMAGE | | | | | " | 6-17 | J | | |
| 13 | " | | | | | " | 6/17 | J | | |
| 14 | EBAY | | | | | " | 6-20 | J | | |
| 15 | CTGF | | | | | " | 6-20 | J | | |
| 16 | IMAGE | | | | | " | 6-21 | J | | |
| 17 | EMSR | | | | | " | 6/22 | J | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less; B =$1,001-$2,500; C =$2,501-$5,000; D =$5,001-$15,000; E =$15,001-$50,000; F =$50,001-$100,000; G =$100,001-$1,000,000; H1 =$1,000,001-$5,000,000; H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J =$15,000 or less; K =$15,001-$50,000; L =$50,001-$100,000; M =$100,001-$250,000; N =$250,001-$500,000; O =$500,001-$1,000,000; P1 =$1,000,001-$5,000,000; P2 =$5,000,001-$25,000,000; P3 =$25,000,001-$50,000,000; P4 =More than $50,000,000
3. Value Method Codes: (See Column C2) Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash/Market; U =Book Value; V =Other; W =Estimated

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g., div, rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | EBAY | | | | | " | ~~6~~ 6/23 | J | | |
| 2 | " | | | | | " | 6/23 | J | | |
| 3 | " | | | | | " | 6-24 | J | | |
| 4 | GTGF | | | | | " | 6-24 | J | | |
| 5 | CIEN | | | | | " | 6-24 | J | | |
| 6 | JDSU | | | | | " | 6-27 | J | | |
| 7 | EBAY | | | | | " | 6-27 | J | | |
| 8 | NT | | | | | " | 6/29 | J | | |
| 9 | EBAY | | | | | " | 6/29 | J | | |
| 10 | LGF | | | | | " | 6/30 | J | | |
| 11 | LGF | | | | | " | 6/30 | J | | |
| 12 | BFLY | | | | | " | 6/30 | J | | |
| 13 | " | | | | | " | 6/30 | J | | |
| 14 | NT | | | | | " | 6-30 | J | | |
| 15 | LGF | | | | | " | 6-30 | J | | |
| 16 | LU | | | | | " | 6-30 | J | | |
| 17 | LGF | | | | | " | 7-1 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure: (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | | | | | | | | | |
| ☐ | NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | JDSU | | | | | " | 7-1 | J | | |
| 2 | GTGF | | | | | " | 7-1 | J | | |
| 3 | LGF | | | | | " | 7-12 | J | | |
| 4 | " | | | | | " | 7-12 | J | | |
| 5 | " | | | | | " | 7-13 | J | | |
| 6 | " | | | | | " | 7-13 | J | | |
| 7 | ABT | | | | | " | 7-13 | J | | |
| 8 | LGF | | | | | " | 7-13 | J | | |
| 9 | ABT | | | | | " | 7-14 | J | | |
| 10 | BLFY | | | | | " | 7-14 | J | | |
| 11 | ABT | | | | | " | 7-14 | J | | |
| 12 | ABT | | | | | " | 7-14 | J | | |
| 13 | BLFY | | | | | " | 7-18 | J | | |
| 14 | LGF | | | | | " | 7-18 | J | | |
| 15 | ABT | | | | | " | 7-19 | J | | |
| 16 | GTGF | | | | | " | 7-19 | J | | |
| 17 | BLFY | | | | | " | 7-21 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e.g. div., rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | LW | | | | | " | 7/21 | J | | |
| 2 | CTGF | | | | | " | 7-21 | J | | |
| 3 | ABT | | | | | " | 7-21 | J | | |
| 4 | DALR | | | | | " | 7-22 | J | | |
| 5 | " | | | | | " | 7/27 | J | | |
| 6 | " | | | | | " | 7-27 | J | | |
| 7 | LW | | | | | " | 7-29 | J | | |
| 8 | JDSU | | | | | " | 7-29 | J | | |
| 9 | GTGF | | | | | " | 8-1 | J | | |
| 10 | DALR | | | | | " | 8-1 | J | | |
| 11 | LOF | | | | | " | 8-2 | J | | |
| 12 | DALR | | | | | " | 8-2 | J | | |
| 13 | " | | | | | " | 8-3 | J | | |
| 14 | " | | | | | " | 8-9 | J | | |
| 15 | " | | | | | " | 8-11 | J | | |
| 16 | " | | | | | " | 8-22 | J | | |
| 17 | " | | | | | " | 8-29 | J | | |

[illegible]

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure: (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ NONE (No reportable income, assets, or transactions.) | | | | | BUY | | | | |
| 1 | DALR | | | | | " | 9/1 | J | | |
| 2 | " | | | | | " | 9/2 | J | | |
| 3 | CTGF | | | | | " | 9-27 | J | | |
| 4 | DALR | | | | | " | 9-29 | J | | |
| 5 | DALR | | | | | " | 10-14 | J | | |
| 6 | GTGF | | | | | " | 10-18 | J | | |
| 7 | " | | | | | " | 10-18 | J | | |
| 8 | " | | | | | " | 10-19 | J | | |
| 9 | " | | | | | " | 10-19 | J | | |
| 10 | EBAY | | | | | " | 11-25 | J | | |
| 11 | GTGF | | | | | " | 10-31 | J | | |
| 12 | DELL | | | | | " | 11-1 | J | | |
| 13 | DELL | | | | | '' | 11-1 | J | | |
| 14 | CTGF | | | | | " | 11-8 | J | | |
| 15 | GM | | | | | " | 11-22 | J | | |
| 16 | BNG | | | | | " | 12-20 | J | | |
| 17 | GM | | | | | " | 12-21-05 | J | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000 F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000 N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000 P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000

3. Value Method Codes: (See Column C2) Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market U =Book Value V =Other W =Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) | Type (e.g., div, rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 ADCT | | | | | " | 1/5/05 | J | | |
| 2 ADCT | | | | | " | 1-18 | J | | |
| 3 ADCT | | | | | " | 1-21 | J | | |
| 4 EBAY | | | | | " | 1-21 | J | | |
| 5 EBAY | | | | | " | 1-21 | K | | |
| 6 ADCT | | | | | " | 1-24 | K | | |
| 7 ADCT | | | | | " | 1-25 | J | | |
| 8 ADCT | | | | | " | 1-25 | J | | |
| 9 MOT | | | | | " | 2-2 | K | | |
| 10 ADCT | | | | | " | 2-4 | J | | |
| 11 CORN | | | | | " | 2-4 | J | | |
| 12 CTGF | | | | | " | 2-9 | J | | |
| 13 MOT | | | | | " | 2-14 | K | | |
| 14 JDSU | | | | | " | 2-15 | J | | |
| 15 GOOD TIRE | | | | | " | 2-15 | J | | |
| 16 JDSU | | | | | " | 2-22 | J | | |
| 17 NT | | | | | " | 2-23 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 | NT | | | | | " | 2/24 | J | | |
| 2 | NT | | | | | " | 3-1 | J | | |
| 3 | DYN | | | | | " | 3-4 | J | | |
| 4 | JDSU | | | | | " | 3-7 | J | | |
| 5 | " | | | | | " | 3-7 | J | | |
| 6 | MOT | | | | | " | 3-14 | J | | |
| 7 | " | | | | | " | 3-14 | J | | |
| 8 | " | | | | | " | 3-14 | J | | |
| 9 | EBAY | | | | | " | 3-17 | J | | |
| 10 | LU | | | | | " | 3-17 | J | | |
| 11 | LU | | | | | " | 3-17 | J | | |
| 12 | EBAY | | | | | " | 3-21 | J | | |
| 13 | EBAY | | | | | " | 3-22 | J | | |
| 14 | LU | | | | | " | 3-24 | J | | |
| 15 | EBAY | | | | | " | 3-28 | J | | |
| 16 | LU | | | | | " | 3-29 | J | | |
| 17 | EBAY | | | | | " | 3-30 | K | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ NONE (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 | EBAY | | | | | " | 3/30 | K | | |
| 2 | MOT | | | | | " | 4-8 | K | | |
| 3 | JDSU | | | | | " | 4-8 | J | | |
| 4 | " | | | | | " | 4-12 | J | | |
| 5 | " | | | | | " | 4-12 | J | | |
| 6 | BKHM | | | | | " | 4-18 | J | | |
| 7 | JDSU | | | | | " | 4-18 | J | | |
| 8 | " | | | | | " | 4-18 | J | | |
| 9 | " | | | | | " | 4-18 | J | | |
| 10 | LU | | | | | " | 4-19 | K | | |
| 11 | NT | | | | | " | 4-20 | J | | |
| 12 | EBAY | | | | | " | 4-20 | J | | |
| 13 | DYN | | | | | " | 4-25 | J | | |
| 14 | SJM | | | | | " | 4-26 | J | | |
| 15 | SIRI | | | | | " | 4-28 | J | | |
| 16 | CTGF | | | | | " | 5-2 | J | | |
| 17 | " | | | | | " | 5-3 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | **NONE** (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 | GTGF | | | | | " | 5/3 | J | | |
| 2 | SIRI | | | | | " | 5-3 | J | | |
| 3 | EBAY | | | | | " | 5-4 | J | | |
| 4 | " | | | | | " | 5-4 | J | | |
| 5 | ROAD | | | | | " | 5-6 | J | | |
| 6 | EBAY | | | | | " | 5-12 | J | | |
| 7 | " | | | | | " | 5-13 | J | | |
| 8 | " | | | | | " | 5-13 | J | | |
| 9 | JDSU | | | | | " | 5-13 | J | | |
| 10 | ROAD | | | | | " | 5-16 | J | | |
| 11 | X | | | | | " | 5-17 | K | | |
| 12 | GE | | | | | " | 5-17 | K | | |
| 13 | EBAY | | | | | " | 5-18 | K | | |
| 14 | XANS | | | | | " | 6-1 | J | | |
| 15 | LU | | | | | " | 6-7 | J | | |
| 16 | X | | | | | " | 6-10 | J | | |
| 17 | NT | | | | | " | 6-13 | J | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 | TELW | | | | | " | 6-13 | J | | |
| 2 | TELW | | | | | " | 6-13 | J | | |
| 3 | JDSW | | | | | " | 6-17 | J | | |
| 4 | QQQQ | | | | | " | 6-20 | K | | |
| 5 | EBAY | | | | | " | 6-20 | K | | |
| 6 | IMAG | | | | | " | 6-23 | J | | |
| 7 | IMAG | | | | | " | 6-23 | J | | |
| 8 | EMGR | | | | | " | 6-24 | J | | |
| 9 | " | | | | | " | 6-24 | J | | |
| 10 | " | | | | | " | 6-24 | J | | |
| 11 | CIEN | | | | | " | 6-24 | J | | |
| 12 | IMAG | | | | | " | 6-29 | J | | |
| 13 | IMAG | | | | | " | 6-29 | J | | |
| 14 | EMGR | | | | | " | 6-30 | J | | |
| 15 | JDSU | | | | | " | 7-7 | J | | |
| 16 | EBAY | | | | | " | 7-11 | K | | |
| 17 | JDSW | | | | | " | 7-12 | J | | |

[illegible]

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 LW | | | | | " | 7/12 | J | | |
| 2 NT | | | | | " | 7-12 | J | | |
| 3 LW | | | | | " | 7-27 | J | | |
| 4 LW | | | | | " | 7-27 | J | | |
| 5 ABT | | | | | " | 7-28 | K | | |
| 6 LGF | | | | | " | 8-1 | K | | |
| 7 LGF | | | | | " | 8-1 | J | | |
| 8 JDSU | | | | | " | 8-2 | J | | |
| 9 BFLY | | | | | " | 8-2 | J | | |
| 10 " | | | | | " | 8-2 | J | | |
| 11 " | | | | | " | 8-3 | J | | |
| 12 " | | | | | " | 8-3 | J | | |
| 13 LW | | | | | " | 8-3 | J | | |
| 14 " | | | | | " | 8-3 | J | | |
| 15 " | | | | | " | 8-9 | J | | |
| 16 LGF | | | | | | 8-11 | J | | |
| 17 LGF | | | | | | 8-11 | J | | |

1 Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2 Value Codes: (See Col. C1, D3) J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | *Place "(X)" after each asset exempt from prior disclosure* | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | ☐ **NONE** (No reportable income, assets, or transactions.) | | | | | SELL | | | | |
| 1 | LGF | | | | | " | 8/11 | J | | |
| 2 | ~~[illegible]~~ LGF | | | | | " | 8-11 | J | | |
| 3 | LGF | | | | | " | 8-11 | J | | |
| 4 | LGF | | | | | " | 8-22 | J | | |
| 5 | LGF | | | | | " | 8-22 | J | | |
| 6 | LGF | | | | | " | 8-22 | J | | |
| 7 | DALR | | | | | " | 10-17 | J | | |
| 8 | DALR | | | | | " | 10-17 | J | | |
| 9 | EBAY | | | | | " | 10-31 | J | | |
| 10 | DELL | | | | | " | 11-22 | J | | |
| 11 | CTGF | | | | | | 12-19 | J | | |
| 12 | CTGF | | | | | | 12-19-05 | J | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature 

Date 5-12-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544